

LOCKE LORD BISSELL & LIDDELL LLP          **MADE JS-6**
John M. Hochhausler (SBN:  143801)
jhochhausler@lockelord.com
Matthew McClendon (SBN:  256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone:  213-485-1500
Fax:  213-485-1200

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIO HERMOSILLO,               )   CASE NO. CV08-06553 GW
                                )   (AGRx)
              Plaintiff,    )
                                )   **JUDGMENT**
   vs.                       )
                                )   Honorable George H. Wu
T.D. SERVICING COMPANY, SAXON  )
MORTGAGE SERVICES, INC., and DOES )
1-50, inclusive,              )
                                )
            Defendants.   )
                                )

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

1    This Court having on November 17, 2008, granted the Motion to Dismiss filed

2

3    by Defendant Saxon Mortgage Services, Inc. with leave to amend by December 1,

4    2008 and Plaintiff not having filed an amended complaint,

5    IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED

6    WITH PREJUDICE.

7

8

9    Dated:  December 19, 2008

_____

10    Honorable George H. Wu
United States District Judge

11

12

13

14

15    LA:1003945/00007:614792v1

16

17

18

19

20

21

22

23

24

25

26

27

28

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA,  90071-3119

2