LOCKE LORD BISSELL & LIDDELL LLP
Matthew B. McClendon (SBN: 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071-3119
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

Attorney for Defendant
SAXON MORTGAGE SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO HERMOSILLO,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>T.D. SERVICING COMPANY, SAXON MORTGAGE SERVICES, INC., and DOES 1-50, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. CV08-06553 GW (AGRx)<br><br>**ORDER GRANTING DEFENDANT SAXON MORTGAGE SERVICES, INC.'S MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION**<br><br>Honorable George H. Wu<br><br>**[Filed Concurrently with Request for Formal Order Expunging Notice of Pendency of Action]** |

//
//
//
//
//

1

[Proposed] Order Granting Defendant Saxon Mortgage Services, Inc.'s Motion to Expunge Notice of Pendency of Action
*Hermosillo v. T.D. Servicing Company, et al.,* Case No. CV08-06553 GW (AGRx)

The Court, having considered the Motion to Expunge Notice of Pendency of Action pursuant to California Code of Civil Procedure §§ 405.30 and 405.32, hereby GRANTS the Motion to Expunge and ORDERS that the "Notice of Pendency of Action" recorded in the Official Records of Los Angeles County as Document No. 20081623130 on September 9, 2008 in connection with this action shall be immediately expunged.

**IT IS SO ORDERED.**

DATED:   February 12, 2009

_____
Hon. George H. Wu
United States District Court Judge
Central District of California

2

[Proposed] Order Granting Defendant Saxon Mortgage Services, Inc.'s  Motion to Expunge Notice of Pendency of Action
*Hermosillo v. Saxon Mortgage Services, Inc., et al.* Case No. CV08-06553 GW (AGRx)

**CERTIFICATE OF SERVICE**

I, Matthew B. McClendon, an attorney, do hereby certify that on February 6, 2009, I caused a copy of the foregoing [PROPOSED] ORDER GRANTING SAXON MORTGAGE SERVICES, INC.'S MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION to be served by the method so indicated below upon the following parties:

Mitchell W. Roth
*Or attorney currently responsible for the matter referenced herein*
M.W. Roth, PLC
13245 Riverside Drive, Suite 510
Sherman Oaks, California 91423

*Via U.S. Mail, postage prepaid.*

Dated: February 6, 2009         By:   /s/ Matthew B. McClendon__
                                      Matthew B. McClendon

i

[Proposed] Order Granting Defendant Saxon Mortgage Services, Inc.'s Motion to Expunge Notice of Pendency of Action
*Hermosillo v. Saxon Mortgage Services, Inc., et al.* Case No. CV08-06553 GW (AGRx)